UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRESTO INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. MERCHANTS FINANCIAL GROUP, INC., <br><br> Defendant. | NO. MC20-0015RSL <br><br> ORDER DENYING MOTION TO COMPEL |

This matter comes before the Court on National Presto Industries, Inc.'s motion to compel compliance with a deposition subpoena issued to a non-party in intellectual property litigation pending in the United States District Court for the District of Minnesota. Dkt. # 1. The copy of the subpoena attached as an exhibit to the Declaration of Christopher Mitchell does not indicate that it was served on the non-party, Jan Tanner. Dkt. # 1-1 at 7-10. Nor is there any indication that the motion to compel was served on Ms. Tanner. Chamber staff left a message for plaintiff's counsel on March 18, 2020, requesting that proof of service be filed, but as of this date, he has not done so.

The Court declines to compel Ms. Tanner to appear for deposition in these circumstances. Plaintiff's motion is therefore DENIED.

ORDER DENYING MOTION TO COMPEL - 1

Dated this 1st day of April, 2020.

_____
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO COMPEL - 2